# United States District Court
## Southern District of Georgia

LEONARD CONLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV614-058

CAROLYN COLVIN, Acting Commissioner of Social
Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with order of this Court entered on July 31, 2015, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this

civil action is DISMISSED with prejudice and stands CLOSED.

July 31, 2015
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*